the Second Circuit denied. *Mr. J. Sterling Halstead* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, A. F. Prescott* and *Newton K. Fox* for respondent.

No. 324. GLOBE INDEMNITY Co. *v.* GULF PORTLAND CEMENT Co. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Fred. W. Moore* for petitioner. *Mr. Frank A. Liddell* for respondent.

No. 330. WABER *v.* MONTGOMERY WARD & Co., INC. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George I. Haight* and *M. K. Hobbs* for petitioner. *Messrs. Arthur A. Olson* and *Eugene M. Giles* for respondents.

No. 333. DES MOINES COUNTY ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. C. Pryor* for petitioners. *Acting Solicitor General Judson, Messrs. J. Edward Williams, Roger P. Marquis, Walter J. Cummings, Jr.* and *Mrs. Kelsey Martin Mott* for the United States.

No. 340. GRASSO *v.* LORENTZEN, DIRECTOR. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George J. Engelman* for petitioner. *Mr. Edgar R. Kraetzer* for respondent.